

The following constitutes the order of the Court.
Signed: May 24, 2021

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
1300 Clay Street (2d fl.)
Oakland, CA. 94612

_____
**Roger L. Efremsky**
**U.S. Bankruptcy Judge**

In re:

MELVIN GREGORY COLEMAN,                    Case No.    **21-40642 RLE**

_____ Debtor(s). /              Chapter      13


Order **Granting** Motion to Extend Time


The debtor(s) having filed a motion requesting an extension of time to file documents,
**IT IS HEREBY ORDERED** as follows:

☒      Good cause appearing, the motion is granted with respect to those missing documents that are required pursuant to § 521(a)(1). [If requested within 45 days of the petition date, extension not to exceed an additional 45 days].

☒      Good cause appearing, the motion is granted with respect to the Chapter 13 Plan.

☐      Good cause appearing, the motion is granted with respect to the certificate of credit counseling required pursuant to § 109(h).   [If requested within a 30-day period during which the filing requirement is waived for exigent circumstances, extension not to exceed an additional 15 days].

☐      Good cause appearing, the motion is granted with respect to the statement of completion of a personal financial management course required pursuant to Bankruptcy Rule 1007(a)(3)(7).

☐      Good cause appearing, the motion is granted with respect to: [other]

☐      Good cause NOT appearing, the motion is **DENIED**.

**IT IS FURTHER ORDERED** that an extension is granted through **JUNE 10, 2021,** within which to file the documents.


**END OF ORDER**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

COURT SERVICE LIST

Melvin Gregory Coleman
2218 Ashby Avenue #5
Berkeley, CA 94705

ORDER RE MOTION FOR EXTENSION OF TIME TO FILE DOCUMENTS

2